In the Matter of MORRIS FELDER, Appellant, against WILLIAM G. FULLEN et al., Constituting the NEW YORK STATE TRANSIT COMMISSION, et al., Respondents.

BROTHERHOOD OF RAILROAD SIGNALMEN OF AMERICA et al., Interveners, Respondents.

Argued October 6, 1942; decided October 29, 1942.

*Michael M. Platzman* for appellant.

*George H. Stover* and *Philip Hodes* for New York State Transit Commission, respondent.

*William C. Chanler, Corporation Counsel* (*Jeremiah M. Evarts* of counsel), for Municipal Civil Service Commission of the City of New York et al., respondents.

*H. Eliot Kaplan* for interveners, respondents.

*John J. Bennett, Jr., Attorney-General* (*Henry Epstein* and *Oscar S. Mann* of counsel), for State Civil Service Commission, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J.; LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.